UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY POYLE,

        Plaintiff,

v.

Case No.: 17-cv-14000
Honorable Gershwin A. Drain

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#14], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#12], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#13] AND DISMISSING ACTION

      This matter is before the court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Ashley Poyle's claim for judicial review of Defendant Commissioner of Social Security's denial of his application for supplemental security income under the Social Security Act. The matter was referred to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on October 3, 2018, recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Stafford's October 3, 2018 Report and Recommendation [#14] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#12] is DENIED. Defendant's Motion for Summary Judgment [#13] is GRANTED.

This cause of action is dismissed.

SO ORDERED.

Dated: October 31, 2018
/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 31, 2018, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager